# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

282
CA 13-01682
PRESENT: SMITH, J.P., FAHEY, LINDLEY, SCONIERS, AND VALENTINO, JJ.

---

IN THE MATTER OF PHILIP J. ROCHE, PUBLIC
DEFENDER, COUNTY OF STEUBEN,
PETITIONER-APPELLANT,

                    V                                          ORDER

BROOKS T. BAKER, DISTRICT ATTORNEY, COUNTY
OF STEUBEN, RESPONDENT-RESPONDENT.

---

ALAN P. REED, COUNTY ATTORNEY, BATH, FOR PETITIONER-APPELLANT.

BROOKS T. BAKER, DISTRICT ATTORNEY, BATH, RESPONDENT-RESPONDENT PRO
SE.

---

Appeal from an order of the Steuben County Court (Peter C.
Bradstreet, J.), entered January 10, 2013.  The order denied the
application of petitioner to quash a subpoena duces tecum.

Now, upon reading and filing the stipulation of discontinuance
signed by petitioner-appellant on December 19, 2013, by respondent-
respondent on December 18, 2013 and by the attorney for petitioner-
appellant on December 17, 2013,

It is hereby ORDERED that said appeal is unanimously dismissed
without costs upon stipulation.

Entered:  March 21, 2014                        Frances E. Cafarell
                                                Clerk of the Court